IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KAREN L. KIMMEL, | ) |
| | ) |
|     Plaintiff, | ) CA No. 07-00797-RWR |
| | ) |
| v. | ) |
| | ) |
| GALLAUDET UNIVERSITY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| _____ | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Please take notice that effective May 30, 2007, undersigned counsel has been retained by Plaintiff to replace prior counsel for Plaintiff. Accordingly, counsel for Plaintiff is now:

George M. Chuzi, Esq.
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W. Suite 610
Washington, D.C. 20036
Tel: (202) 331-9260
Fax: (202) 331-9261
e-mail: gchuzi@kcnlaw.com

                                            Respectfully submitted,

                                            \s\

                                            _____
                                            George M. Chuzi
                                            KALIJARVI, CHUZI & NEWMAN, P.C.
                                            1901 L Street, N.W. Suite 610
                                            Washington, D.C. 20036
                                            Tel: (202) 331-9260
                                            FAX: (202) 331-9261

                                            Counsel for Plaintiff