IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KAREN L. KIMMEL, | ) |
| | ) |
| Plaintiff, | ) CA No. 07-00797-RWR |
| | ) |
| v. | ) |
| | ) |
| GALLAUDET UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO OPPOSE DEFENDANT'S MOTION TO DISMISS
AND SUPPORTING MEMORANDUM**

  Plaintiff hereby moves for an extension of 21 days, or until July 2, 2007, in which to file her Opposition to Defendant's Motion to Dismiss. Pursuant to LCvR 7(m), counsel for Defendant has been consulted and does not oppose this Motion.

  As the Court is aware, Plaintiff's counsel has just been retained to replace her original counsel, and new counsel will require some additional time to familiarize themselves with the record and draft the Opposition.

  For the foregoing reasons, Plaintiff requests that this extension be granted.

               Respectfully submitted,

               \s\
               _____
               George M. Chuzi
               KALIJARVI, CHUZI & NEWMAN, P.C.
               1901 L Street, N.W. Suite 610
               Washington, D.C.  20036
               Tel: (202) 331-9260
               FAX: (202) 331-9261

               Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2007, this pleading was filed with, and all counsel of record were served by, the Court's Electronic Filing System.

\s\
_____
George M. Chuzi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KAREN L. KIMMEL, | ) |
| | ) |
|    Plaintiff, | ) CA No. 07-00797-RWR |
| | ) |
| v. | ) |
| | ) |
| GALLAUDET UNIVERSITY, | ) |
| | ) |
|    Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

Plaintiff has moved for an extension of time until July 2, 2007 to file her Opposition to Defendant's Motion to Dismiss. Defendant does not oppose the extension. Accordingly, based upon the record herein, it is hereby

ORDERED: that Plaintiff's Motion for an Extension of Time is GRANTED. Plaintiff shall file her Opposition to Defendant's Motion to Dismiss on or before July 2, 2007.

_____                                         _____
  Date                                                                      United States District Judge