IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KAREN L. KIMMEL, | ) |
| | ) |
| Plaintiff, | ) CA No. 07-00797-RWR |
| | ) |
| v. | ) |
| | ) |
| GALLAUDET UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

Please take notice that effective May 30, 2007, undersigned counsel has been retained by Plaintiff to represent her in the above-referenced matter. Accordingly, in addition to George Chuzi, counsel for Plaintiff is now:

Elaine L. Fitch, Esq.
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W., Suite 610
Washington, D.C. 20036
Tel: (202) 331-9260
Fax: (202) 331-9261
e-mail: efitch@kcnlaw.com

        Respectfully submitted,

        \s\
        _____
        Elaine L. Fitch, DC Bar
        D.C. Bar No. 471240
        KALIJARVI, CHUZI & NEWMAN, P.C.
        1901 L Street, N.W., Suite 610
        Washington, D.C. 20036
        Tel: (202) 331-9260
        FAX: (202) 331-9261

        Counsel for Plaintiff