IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN L. KIMMEL, Ph.D.,<br><br>        Plaintiff,<br><br>vs.<br><br>GALLAUDET UNIVERSITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 1:07-cv-00797<br>)   (RWR)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to LCvR 83.6(b), John M. Simpson and the law firm of Fulbright & Jaworski L.L.P. give notice of their withdrawal as counsel for Plaintiff Karen L. Kimmel, Ph.D. Mr. Simpson and Fulbright & Jaworski L.L.P. are replaced by George M. Chuzi, Esq. and Elaine L. Fitch, Esq. of Kalijarvi, Chuzi & Newman, P.C. Mr. Chuzi filed a Notice of Substitution on May 31, 2007, while Ms. Fitch filed a Notice of Appearance on the same date. No trial date has yet been set in this case.

Dated: June 20, 2007

Respectfully submitted,

By: _/s/ John M. Simpson_
John M. Simpson
D.C. Bar No. 256412
FULBRIGHT & JAWORSKI, L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone: (202) 662-4539
Facsimile: (202) 662-4643
*Attorney for Plaintiff*

_/s/ Karen L. Kimmel_
Karen L. Kimmel, Ph.D.
1137 North Johnson St.
Arlington, VA 22201
*Plaintiff*