**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KAREN L. KIMMEL,** ) | |
| ) | Case No. 1:07-cv-00797 (RWR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Dear Sir/Madam Clerk:

Please enter the appearance of Yoora Pak, Esquire, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, as co-counsel for the Defendant, Gallaudet University, in the above-referenced matter. Robert B. Wallace, Esquire, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, remains as lead counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

         /s/*Yoora Pak*
Robert B. Wallace (D.C. Bar No. 108571)
Laura N. Steel (D.C. Bar No. 367174)
Yoora Pak (D.C. Bar No. 467007)
1341 G Street, NW, Fifth Floor
Washington, DC 20005-3186
Telephone (202) 626-7667
Facsimile (202) 628-3606
robert.wallace@wilsonelser.com
yoora.pak@wilsonelser.com
*Attorney for Defendant*
*Gallaudet University*

265693.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2007, I served a copy of the foregoing Notice of Entry of Appearance upon the following party via ECF:

>Elaine L. Fitch, Esq.
>George M. Chuzi, Esq.
>Kalijarvi, Chuzi & Newman, P.C.
>1901 L Street, N.W., Suite 610
>Washington, D.C. 20036

    */s/Yoora Pak*
    Yoora Pak

265693.1