IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN L. KIMMEL,** ) | |
| ) | Case No. 1:07-cv-00797 (RWR) |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY**

Defendant Gallaudet University ("Gallaudet" or "Defendant"), by and through counsel, pursuant to Fed. R. Civ. P. 6(b), and with the consent of plaintiff, moves the Court for an enlargement of time to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Defendant seeks this extension of time to file its Reply by or on July 30, 2007.

In support of this Motion, defendant states:

1.  Plaintiff Karen Kimmel filed this instant lawsuit on May 2, 2007.

2.  Defendant timely filed its Motion to Dismiss on May 29, 2007.

3.  After receiving an unopposed extension of time to file her Opposition, Plaintiff timely filed her Opposition on July 2, 2007. Accordingly, Defendant's Reply is due on July 9, 2007.

4.  In light of the upcoming holiday and due to the workload being handled by the undersigned, there is a need for a twenty-one day extension until July 30, 2007 to submit Defendant's Reply.

5.  This is the first extension of time for which Defendant has applied in this Court in this matter.

265642.1

2

6.     Counsel for Defendant spoke with counsel for Plaintiff on July 2, 2007, and Plaintiff's counsel advised the undersigned that Plaintiff consented to the requested enlargement of time.

7.     The Unopposed Motion is not intended to delay and should not delay the proceedings in this matter.

WHEREFORE, defendant Gallaudet University respectfully moves the Court for an Order granting the Unopposed Motion and extending Defendant's time to reply to Plaintiff's Opposition to July 30, 2007.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP

        _____/s/ *Robert Wallace*_____
        Robert B. Wallace (D.C. Bar No. 108571)
        Laura N. Steel (D.C. Bar No. 367174)
        Yoora Pak (D.C. Bar No. 467007)
        1341 G Street, NW, Fifth Floor
        Washington, DC  20005-3186
        Telephone (202) 626-7667
        Facsimile (202) 628-3606
        robert.wallace@wilsonelser.com
        yoora.pak@wilsonelser.com
        ***Attorney for Defendant***
        ***Gallaudet University***

265642.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Unopposed Motion for Extension of Time to File Reply were served via Electronic Case Filing (ECF) this 3rd day of July, 2007 to:

>Elaine L. Fitch, Esq.
>George M. Chuzi, Esq.
>Kalijarvi, Chuzi & Newman, P.C.
>1901 L Street, N.W., Suite 610
>Washington, D.C. 20036

                                                */s/ Robert Wallace*
                                                Robert B. Wallace

265642.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN L. KIMMEL,** )<br>  )<br>   **Plaintiff,** )<br>  )<br>**v.** )<br>  )<br>**GALLAUDET UNIVERSITY,** )<br>  )<br>   **Defendant.** ) | **Case No. 1:07-cv-00797 (RWR)** |

## ORDER

Upon consideration of Defendant Gallaudet University's Unopposed Motion for Extension of Time to File Reply, and for good cause, it is this _____ day of July 2007, hereby

**ORDERED** that Defendant's Unopposed Motion for Extension of Time to File Reply is **GRANTED**; and it is further

**ORDERED** that Defendant has until, and including, July 30, 2007, to respond to Plaintiff's Opposition.

_____
The Honorable Richard W. Roberts
United States District Judge

265692.1

Copies to:

Robert B. Wallace, Esq.
Laura N. Steel, Esq.
Yoora Pak, Esq.
The Colorado Building, Suite 500
1341 G. Street, N.W.
Washington, D.C. 20005
Tel.: (202) 626-7660
Fax: (202) 628-3606

Elaine L. Fitch, Esq.
George M. Chuzi, Esq.
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W., Suite 610
Washington, D.C. 20036

265692.1